UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NBT ASSOCS., INC.,<br>ALLEGIANCE INS. AGENCY XIV, INC.,<br>ALLEGIANCE INS. AGENCY VI, INC.,<br>*Plaintiffs*;<br>*v.*<br><br>HELIX TELECOM INC.,<br>*Defendant.* | Case No. 2:23-cv-10499<br><br>Honorable Paul D. Borman<br><br>Magistrate Anthony P. Patti |

**STIPULATED ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees. The Court shall retain jurisdiction for the purposes of enforcing the terms of the parties' settlement agreement through April 30, 2023.

SO ORDERED.

Dated: April 6, 2023

s/Laurie J. Michelson
Laurie J. Michelson
United States District Judge
Acting in the absence of Paul Borman,
United States District Judge

So stipulated:

/s/ Steven T. Kiousis (P46573)
Steven T. Kiousis (P46573)
KIOUSIS LAW, P.C.
1985 West Big Beaver Road, Ste. 210
Troy, MI 48084
(248) 550-0023
stk@kiousislaw.com
Counsel for Plaintiff

/s/David M. Zack (with permission)
David M. Zack (P69944)
BLEVINS SANBORN JEZDIMIR ZACK PLC
1260 Library Street, Ste. 300
Detroit, MI 48226
(313) 338-9500
dzack@bsjzlaw.com
Counsel for Defendant

Dated: April 5, 2023